UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SHARMAINE EDWARDS,

        Plaintiff,

-against-

THE CITY OF NEW YORK; NEW YORK
POLICE DEPARTMENT; FEMALE POLICE
OFFICER WHO WROTE TICKET; THE STATE
OF NEW YORK CRIMINAL SUPREME
COURT; MANHATTAN DA'S OFFICE,

        Defendants.
-----------------------------------------------------------x

12-CV-277 (ARR) (LB)

**NOT FOR PRINT OR
ELECTRONIC PUBLICATION**

<u>**ORDER AND CIVIL JUDGMENT**</u>

ROSS, United States District Judge:

On January 13, 2012, plaintiff Sharmaine Edwards, filed this *pro se* action alleging false arrest and malicious prosecution. By order dated January 25, 2012, plaintiff was granted thirty (30) days leave to submit an amended complaint that complies with Rule 8 of the Federal Rules of Civil Procedure. Plaintiff was advised that if she failed to submit an amended complaint within the allowed time, the Court would enter a judgment dismissing the complaint. More than 30 days have elapsed and plaintiff has failed to respond to the Court's order. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED**: that the complaint is hereby dismissed. 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from this order and judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. See <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962).

        SO ORDERED.

/S/
_____
Allyne R. Ross
United States District Judge

Dated: March 7, 2012
Brooklyn, New York

SERVICE LIST:

**Plaintiff:**

Sharmaine Edwards
756 Brady Avenue
Bronx, NY 10462

Sharmaine Edwards
556 Gates Avenue
Brooklyn, NY 11221